UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: MARIA J ORTEGA<br>    EZEQUIEL ORTEGA<br><br>              Debtors | ) Case No. 18 B 22369<br>)<br>) Chapter 13<br>)<br>) Judge: CAROL A DOYLE |

## NOTICE OF MOTION

MARIA J ORTEGA  
EZEQUIEL ORTEGA  
3230 N CENTRAL PARK AVE  
CHICAGO, IL 60618  

DAVID M SIEGEL  
via Clerk's ECF noticing procedures

Please take notice that on November 19, 2019 at 9:15 am my designee or I will appear before the Honorable Judge CAROL A DOYLE at 219 South Dearborn Courtroom 742, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on October 16, 2019.

/s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On August 09, 2018 the Debtors filed a petition under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on January 15, 2019.

   A summary of the debtor's plan follows:

   Monthly Payment $1,675.00            Last Payment Received: 07/02/2019

   Amount Paid $16,650.00               Amount Delinquent $6,700.00

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN                              /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900