IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Maria J. Ortega
Ezequiel Ortega
        Debtors

Bankruptcy No. 18-22369
Judge Carol A. Doyle
Chapter: 13

## NOTICE OF MOTION

TO:    Maria J. Ortega, 3230 N Central Park Ave, Chicago, IL 60618
Ezequiel Ortega, PO Box 352, Oak Park, IL 60303
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

    Please take notice on October 29, 2019 at 9:30 a.m., I shall appear before the Honorable Carol A. Doyle, in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached motion at which time you may appear if you wish.

                                                        /s/ Josephine J. Miceli
                                                      Josephine J. Miceli,  IL ARDC #6243494

## CERTIFICATE OF SERVICE

I, Josephine J. Miceli, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe St., Chicago, IL 60606 on or before 5:00 p.m. on October 17, 2019.  The remaining parties were served by the CM/ECF electronic noticing system.

                                                          /s/ Josephine J. Miceli
                                                     Josephine J. Miceli,  IL ARDC #6243494

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Maria J. Ortega
Ezequiel Ortega
          Debtors

Bankruptcy No. 18-22369
Judge Carol A. Doyle
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES NewRez LLC d/b/a Shellpoint Mortgage Servicing (hereinafter "Movant"), through its attorney, Josephine J. Miceli of Johnson, Blumberg & Associates, LLC, and states as follows:

1. Movant, a party in interest, holds a Mortgage dated January 25, 2013 on the property located at 321 Merrill Ct., Libertyville, Illinois 60048, in the original amount of $161,290.00. (A copy of the Note, Mortgage and Assignment are attached as Exhibit A, B and C respectively and incorporated herein by reference).

2. The above-captioned Chapter 13 case was filed on August 9, 2018 and the Debtors' Plan was confirmed on January 15, 2019.

3. The confirmed plan provides for the Debtors to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

4. As of October 10, 2019, the Debtors have failed to maintain post-petition payments thereby accruing a default of 10 payments from January 1, 2019 through October 1, 2019 for a post-petition arrearage total of $15,271.98. A summary of the post-petition arrearage is as follows:

    January 1, 2019 to August 1, 2019, 8 payments at $1,516.08 each
    September 1, 2019 to October 1, 2019, 2 payments at $1,571.67 each

5. Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6. The Debtor's failure to maintain post-petition payments in accordance with the plan is cause for relief from the stay pursuant to 11 U.S.C. § 362(d).

7. Should the Debtors wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

8. Movant requests waiver of 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3).

WHEREFORE, NewRez LLC d/b/a Shellpoint Mortgage Servicing prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Josephine J. Miceli
Josephine J. Miceli, ARDC #6243494
Attorney for NewRez LLC d/b/a Shellpoint
Mortgage Servicing

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE