Exhibit D

Debtors names: Maria J. Ortega, Ezequiel Ortega
Case No.: 18-22369
Property address: 321 Merrill Ct., Libertyville, Illinois 60048

|   | Date Payment Due | Amount Due | Date Payment Received | Amount Received | Post-Petition Month Applied As | Suspense Balance |
|---|---|---|---|---|---|---|
| 1 | 9/1/2018 | $1,516.08 | 12/12/2018 | $6,064.32 | 9/1/2018 | $4,548.24 |
| 2 | 10/1/2018 | $1,516.08 | | | 10/1/2018 | $3,032.16 |
| 3 | 11/1/2018 | $1,516.08 | | | 11/1/2018 | $1,516.08 |
| 4 | 12/1/2018 | $1,516.08 | | | 12/1/2018 | $0.00 |
| 5 | 1/1/2019 | $1,516.08 | | | | |
| 6 | 2/1/2019 | $1,516.08 | | | | |
| 7 | 3/1/2019 | $1,516.08 | | | | |
| 8 | 4/1/2019 | $1,516.08 | | | | |
| 9 | 5/1/2019 | $1,516.08 | | | | |
| 10 | 6/1/2019 | $1,516.08 | | | | |
| 11 | 7/1/2019 | $1,516.08 | | | | |
| 12 | 8/1/2019 | $1,516.08 | | | | |
| 13 | 9/1/2019 | $1,571.67 | | | | |
| 14 | 10/1/2019 | $1,571.67 | | | | |
| 15 | | | | | | |

Exhibit D