IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Maria J. Ortega<br><br>Ezequiel Ortega<br><br>Debtor(s) | Chapter 13<br>Case No. 18-22369<br>Judge: Carol A. Doyle |

**MOTION FOR FAILURE TO COMPLY WITH NOTICE OF DEFAULT
AND MODIFICATION OF AUTOMATIC STAY**

NOTICE IS HEREBY GIVEN that the Debtors have defaulted under the terms of the February 5, 2019, Order Conditioning Stay, a copy of which is attached. A Notice of Default was issued pursuant to the terms of the Order on October 30, 2019, a copy of which is attached. The Debtor failed to cure the default alleged in said notice within the time allowed.

NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee considers the automatic stay to have been modified as of October 30, 2019. The Creditor will proceed with its state law rights to foreclose, evict or take any other action necessary to protect its rights and interests with respect to the real property commonly known as 3230 N. Central Park Avenue, Chicago, IL 60618.

/s/ *[signature]*
**Hannah McFadden**
Eric Feldman & Associates, P.C.
123 W. Madison Ste 1650
Chicago, IL 60602

**Note: This law firm is deemed to be a debt collector.**