IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Maria J. Ortega

Ezequiel Ortega

Debtor(s)

Chapter 13
Case No. 18-22369
Judge: Carol A. Doyle

## NOTICE OF MOTION

Please take notice that on November 12, 2019 at 9:30 a.m., I shall appear before the Honorable Carol A. Doyle, or any Judge sitting in her stead, in Courtroom 742, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present the attached motion and you may appear if you so choose.

## CERTIFICATION OF SERVICE

I, the undersigned, an attorney, hereby certify that on October 30, 2019, a true and correct copy of the foregoing Motion for Notice of Default was served, as to the Trustees and Debtor(s)' counsel via electronic mail through ECF on October 30, 2019 and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 123 W. Madison, Chicago, Illinois 60602 before the hour of 5:00PM on October 30, 2019.

/s/ [signature]
**Hannah McFadden**

**Electronic Mail Notice List:**
David M. Siegel, Debtor's Attorney, 790 Chaddick Drive, Wheeling, IL 60090

Tom Vaughn, Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

Patrick S Layng, Office of the U.S. Trustee, Region 11, Room 873, Chicago, IL 60604

**And by regular U.S. Mail, postage pre-paid on:**

Maria J. Ortega , 3230 N. Central Park Avenue, Chicago, IL 60618

Ezequiel Ortega , P.O. Box 352, Oak Park, IL 60303

**Note: This law firm is deemed to be a debt collector.**