IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Maria J. Ortega<br><br>Ezequiel Ortega<br><br>Debtor(s) | Chapter 13<br>Case No. 18-22369<br>Judge: Carol A. Doyle |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

On the Notice of Default of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee , a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

**IT IS HEREBY ORDERED** that the automatic stay in this case is vacated as to the interest of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee , its successors, and/or assigns in the property commonly known as 3230 N. Central Park Avenue, Chicago, IL 60618.

**Note: This law firm is deemed to be a debt collector.**

Date:_____     Entered:_____