UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-22369 |
| Maria J. Ortega | ) | |
| Ezequiel Ortega | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming to be heard on the Motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay of the above case is hereby modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 321 Merrill Ct., Libertyville, Illinois 60048.

B. That the 14 day stay provision of Fed Bankr. Rule P. 4001(a)(3) is waived.

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: November 05, 2019

**Prepared by:**

Josephine J. Miceli
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711