| **Fill in this information to identify the case:** |
| --- |
| Debtor 1     Maria J. Ortega |
| Debtor 2     Ezequiel Ortega |
| United States Bankruptcy Court for the: Northern District of Illinois |
| Case number :    18-22369 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due.** See Bankruptcy Rule 3002.1.

| | | |
| --- | --- | --- |
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known):    **3** |
| **Last 4 digits** of any number you use to identify the debtor's account:    **2370** | | **Date of payment change:**    **09/01/2019** Must be at least 21 days after date of this notice |
| | | **New total payment:**    **$1,571.67** Principal, interest, and escrow, if any |

**Part 1:**   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.

        Describe the basis for the change. If a statement is not attached, explain why:

        **Current escrow payment: $382.74**         **New escrow payment: $438.33**

**Part : 2**   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

        **Current interest rate:**                   **New interest rate:**
        **Current Principal and interest payment:**       **New principal and interest payment:**

**Part 3:**   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

        Reason for change:

        **Current mortgage payment:**                 **New mortgage payment:**

Debtor 1    Maria J. Ortega

First Name      Middle Name      Last Name      Case number (if known)    18-22369

## Part 4:   Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton             Date   08/05/2019

Signature

| | | |
|---|---|---|
| Print: | Julian Cotton | Title   Authorized Agent for Creditor |
| Company | Padgett Law Group | |
| Address | 6267 Old Water Oak Road, Suite 203 | |
| | Tallahassee FL, 32312 | |
| Contact phone | (850) 422-2520     Email | bkcrm@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___5th_____ day of

August, 2019.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlawgroup.com
*Authorized Agent for Creditor*

## <u>SERVICE LIST (CASE NO. 18-22369)</u>

Debtor
Maria J. Ortega
3230 N Central Park Ave
Chicago, IL 60618

Co-Debtor
Ezequiel Ortega
PO Box 352
Oak Park, IL 60303

Attorney
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Trustee
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

US Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date: July 08, 2019

Loan: ▇▇▇▇▇▇▇

EZEQUIEL ORTEGA
3230 N CENTRAL PARK AVE
CHICAGO IL  60618

Property Address:
321 MERRILL CT
LIBERTYVILLE, IL  60048

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Sep 01, 2019 |
|---|---|---|
| P & I Pmt: | $1,133.34 | $1,133.34 |
| Escrow Pmt: | $382.74 | $438.33 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $1,516.08 | $1,571.67 |

| Prior Esc Pmt | January 01, 2019 |
|---|---|
| P & I Pmt: | $1,133.34 |
| Escrow Pmt: | $382.74 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $1,516.08 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | January 01, 2019 |
| Escrow Balance: | -$983.15 |
| Anticipated Pmts to Escrow: | $3,061.92 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $2,078.77 |

| Shortage/Overage Information | Effective Sep 01, 2019 |
|---|---|
| Upcoming Total Annual Bills | $5,259.96 |
| Required Cushion | $876.66 |
| Required Starting Balance | $2,734.78 |
| Escrow Shortage | -$656.01 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 876.66. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 876.66 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from May 2019 to Aug 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 1,980.36 |
| May 2019 | | | | 2,963.51 * | County Tax | 0.00 | (983.15) |
| | | | | | Anticipated Transactions | 0.00 | (983.15) |
| Jul 2019 | | 2,679.18P | | | | | 1,696.03 |
| Aug 2019 | | 382.74P | | | | | 2,078.77 |
| | $0.00 | $3,061.92 | $0.00 | $2,963.51 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: Document 

Analysis Date:                                                                    July 08, 2019

Loan: ■■■■■■■

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,078.77 | 2,734.78 |
| Sep 2019 | 438.33 | 2,296.45 | County Tax | 220.65 | 876.66 |
| Oct 2019 | 438.33 | | | 658.98 | 1,314.99 |
| Nov 2019 | 438.33 | | | 1,097.31 | 1,753.32 |
| Dec 2019 | 438.33 | | | 1,535.64 | 2,191.65 |
| Jan 2020 | 438.33 | | | 1,973.97 | 2,629.98 |
| Feb 2020 | 438.33 | | | 2,412.30 | 3,068.31 |
| Mar 2020 | 438.33 | | | 2,850.63 | 3,506.64 |
| Apr 2020 | 438.33 | | | 3,288.96 | 3,944.97 |
| May 2020 | 438.33 | | | 3,727.29 | 4,383.30 |
| Jun 2020 | 438.33 | 2,963.51 | County Tax | 1,202.11 | 1,858.12 |
| Jul 2020 | 438.33 | | | 1,640.44 | 2,296.45 |
| Aug 2020 | 438.33 | | | 2,078.77 | 2,734.78 |
| | $5,259.96 | $5,259.96 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,078.77.  Your starting
balance (escrow balance required) according to this analysis should be $2,734.78.  This means you have a shortage of 656.01.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.
We anticipate the total of your coming year bills to be 5,259.96.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $438.33 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $438.33 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.

✂  Detach Here


Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

Loan Number:                                              ■■■■■■■

Full Shortage Amount:                                    $656.01

Payment Amount:                $ _____

Your escrow shortage has been spread over  0 months, resulting in
an additional increase in your monthly payment in the amount of
0.00.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit
www.ShellpointMtg.com in order to expedite your payment. You
can also mail this coupon with your remittance of the full
shortage amount to the address to the left



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "NEW PENN FINANCIAL, LLC", CHANGING ITS NAME FROM "NEW PENN FINANCIAL, LLC" TO "NEWREZ LLC", FILED IN THIS OFFICE ON THE NINTH DAY OF OCTOBER, A.D. 2018, AT 4:57 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE SEVENTH DAY OF JANUARY, A.D. 2019.



Jeffrey W. Bullock, Secretary of State

4336363   8100
SR# 20187059692

Authentication: 203582539
Date: 10-10-18

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered  04:57 PM 10/09/2018
FILED  04:57 PM 10/09/2018
R  20187059692  - File Number  4336363

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1.     Name of Limited Liability Company:  New Penn Financial, LLC
_____

2.     The Certificate of Formation of the limited liability company is hereby amended
as follows:

Legal name change. New Penn Financial, LLC's new legal name will be
NewRez LLC effective January 7, 2019.

**IN WITNESS WHEREOF**, the undersigned have executed this Certificate on
the _____ 3RD _____ day of _____ October _____, A.D. 2018.

By: _____
Authorized Person(s)

Name: Kevin Patrick Harrigan        President and CEO - Origination Division;
                                    Board of Managers

Print or Type